# Third District Court of Appeal

## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0538
Lower Tribunal No. F05-16431

————————

**Steven Wayne Gaines,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Steven Wayne Gaines, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.  Simmons v. State, 332 So. 3d 1129 (Fla. 5th DCA 2022).